850 REYNOLDS ET AL. vs. CIRCUIT JUDGE (Genesee), No. 14809½.

To vacate an order appointing a receiver and directing an injunction restraining the trustee to whom a thirty-day chattel mortgage had been given, from proceeding to a sale under said mortgage.

Denied April 12, 1895, with costs.

Certain of the stockholders of a corporation "limited" filed a bill claiming that the mortgage was given to a stockholder as trustee for certain alleged creditors, naming said trustee as a creditor for a large amount; that it was fraudulently given, and that the corporation was not indebted as in the mortgage set forth.

851 PLESSNER vs. CIRCUIT JUDGE (Wayne), No. 14672½.

To set aside an order, entered July 31, 1894, appointing a receiver to take charge of the effects of a copartnership, where the property was delivered over to the receiver early in August.

Denied January 29, 1895, on the ground that the order complained of was an appealable order and courts will not by mandamus extend the time for review.